# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | Honorable Judge Bonnie L. Clair |
| Phillip W. Colbert, | ) | |
| Ashlie M. Colbert, | ) | Case No. 23-41539-169 |
| | ) | |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES
## OF ALL NOTICES, PLEADINGS AND ORDERS

      The law firm of Riezman Berger, P.C. enters its appearance in this case for Electro Savings Credit Union, a creditor.   The following information is provided pursuant to Rule 9010(b), Fed.R.Bankr.P.:

      RIEZMAN BERGER, P.C.
      7700 Bonhomme, 7th Floor
      St. Louis, Missouri 63105
      (314) 727-0101

Pursuant to Bankruptcy Rule 2002, counsel also respectfully requests that copies of all documents, including but not limited to notices, pleadings, proposed orders and orders which are filed with the Court or mailed to creditors, parties in interest, or to the debtors be mailed to counsel at the above address.

      RIEZMAN BERGER, P.C.

      By: **/s/ Kathryn A. Klein**
      Kathryn A. Klein, #35874
      7700 Bonhomme, 7th Floor
      St. Louis, Missouri 63105
      314-727-0101 Telephone
      314-727-1086 Facsimile
      klein@riezmanberger.com
      Attorneys for Electro Savings

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was electronically served using the CM/ECF system to the following on May 24, 2023:

| | |
|---|---|
| William H. Ridings Jr.<br>2510 S. Brentwood Blvd, Ste 205<br>St. Louis MO 63144 | Attorney for Debtors |
| Diana S. Daugherty<br>P.O. Box 430908<br>St. Louis MO 63143 | Chapter 13 Trustee |

Office of the United States Trustee
111 S. Tenth St., Ste. 6.353
St. Louis, MO 63102

      I further certify that a copy of the foregoing document was served on the following parties by sending postage prepaid, in the United States Mail, by first-class mail to the following on May 24, 2023:

| | |
|---|---|
| Phillip W. Colbert<br>Ashlie M. Colbert<br>9380 Golden Gate Rd.<br>Saint Louis MO 63144 | Debtor |

                                                    **/s/ Kathryn A. Klein**