```
Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized Bankr
Po Box 790040
St Louis, MO 36179

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

Comenity/MPRC
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Commerce Bank
PO Box 801042
Kansas City, MO 64180

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054
```

```
Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Electro Sav Cu/truhome
1805 Craigshire Rd
Saint Louis, MO 63146

Electro Savings Credit Union
Attn: Bankruptcy
1805 Craigshire Dr
St Louis, MO 63146

Electro Savings Credit Union
PO Box 28505
Saint Louis, MO 63146

Electro Savings Credit Union
Attn: Bankruptcy
1805 Craigshire Dr
St Louis, MO 63146

Electro Savings Credit Union
Attn: Bankruptcy
1805 Craigshire Dr
St Louis, MO 63146

Electro Savings Credit Union
Attn: Bankruptcy
1805 Craigshire Dr
St Louis, MO 63146

IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Missouri Dept of Revenue
301 W High St
Jefferson City, MO 65105

Sallie Mae, Inc
Attn:  Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Sallie Mae, Inc
Po Box 9635
Wilkes Barre, PA 18773
```

```
Sallie Mae, Inc
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Sallie Mae, Inc
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Sallie Mae, Inc
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Sallie Mae, Inc
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Sallie Mae, Inc
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Sallie Mae, Inc
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

St Louis County Collector of Revenue
41 South Central Ave
Saint Louis, MO 63105

Syncb/walmart


Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Vantage Credit Union
19 Research Park Court
Saint Charles, MO 63304

Vantage Credit Union
Attn: Bankruptcy Dept
19 Reseach Park Ct
St Charles, MO 63304

Wells Fargo Jewelry Advantage
Attn: Bankruptcy
Po Box 10438
Des Moines, IA 50306
```