IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re:  Phillip & Ashlie Colbert | ) | Case No. 23-41539 |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Debtor's Memorandum |
| | ) | Confirmation Hearing:   08/03/23 |
| | ) | Hearing Time and Place : 10:00am, 7 South |

**Memorandum to 2nd Amended Plan, Schedules I & J, and Amended Means Test**

**COMES NOW Phillip & Ashlie Colbert Debtors** in Chapter 13, by and through their Attorney William Ridings, and for their Memorandum states as follows:

Debtor filed a 2nd Amended Plan to include the payment of their rental property, to increase their guarantee to unsecured creditors based on an amended means test, and to include direction on their annual bonus.  They also amended schedule I to include a voluntary retirement contribution from Phillip, and an amended schedule j to reduce their food expenses so they could afford their plan payment.

Wherefore, Debtor prays this court to allow the amendments, and to confirm the Plan.

Dated:  July 08, 2023

/s/ Will Ridings
William Ridings, 38672MO
Attorney for Debtor
2510 S Brentwood Blvd, Ste 205
Brentwood, MO  63144
(314)968-1313, fax (314)968-1302
Ridingslaw2003@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on July 08, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on July 08, 2023.

Phillip & Ashlie Colbert
9380 Golden Gate Rd
St. Louis, MO  63144

/s/ Will Ridings
William Ridings MO38672