UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 23-41539 |
| PHILLIP W COLBERT ) | Chapter 13 |
| ASHLIE M COLBERT ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| **Debtors** ) | June 22, 2023  10:00 am |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF 2ND AMENDED PLAN**

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. The plan does not contain enough funds to pay secured and priority creditors in full and pay the amount guaranteed to general unsecured creditors (if any).  11 U.S.C. §§ 1322(a)(2) and 1325(a)(5)(B)(ii).  The approximate amount of the shortfall is $18,180.
2. Debtors are retaining $925.00 of unallocated monthly income, but the plan falls approximately $18,180 short of feasibility.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: July 14, 2023

OBJCONFAF--KR

/s/ Kathy Reichbach
Kathy Reichbach MO56957
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on July 14, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on July 14, 2023.

| 23-41539 | TRUSTEE'S OBJECTION TO CONFIRMATION OF 2ND AMENDED PLAN | 07/14/2023 Page 2 of 2 |
|---|---|---|

PHILLIP W COLBERT
ASHLIE M COLBERT
9380 GOLDEN GATE RD
SAINT LOUIS, MO  63144

/s/ Kathy Reichbach
Kathy Reichbach MO56957