IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re:  Phillip & Ashlie Colbert ) | Case No. 23-41539 |
| ) | Chapter 13 |
| ) | |
| Debtor ) | Debtor's Memorandum |
| ) | Confirmation Hearing:  8/03/23 |
| ) | Hearing Time and Place : 7 South, 10:00am |

**Memorandum to Amended Means Test**

**COMES NOW Phillip & Ashlie Colbert Debtors** in Chapter 13, by and through their Attorney William Ridings, and for their Memorandum states as follows:

Debtor filed an Amended Means Test to remove on line 29 the deduction claimed of $291.40.  They increased the amount on line 41 to $497 to include Phillips 401k contribution.

Wherefore, Debtor prays this court to allow the amendments.

Dated:  July 18, 2023

    /s/ Will Ridings
    William Ridings, 38672MO
    Attorney for Debtor
    2510 S Brentwood Blvd, Ste 205
    Brentwood, MO  63144
    (314)968-1313, fax (314)968-1302
    Ridingslaw2003@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on July 18, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on July 18, 2023.

Phillip & Ashlie Colbert
9380 Golden Gate Rd
St. Louis, MO  63144

    /s/ Will Ridings
    William Ridings MO38672