UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 23-41539  Chapter 13 |
| PHILLIP W COLBERT ) | Plan Pmt:     $2,281X2;$3,206X58 |
| ASHLIE M COLBERT ) | Term: |
| ) | MIN $ 60,564.00 to Gen Unsec |
| Debtors ) | 2ND AMENDED |

### CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN

### CERTIFICATION

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and certifies that: the Trustee has reviewed the Debtors' schedules and plan, and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the Debtors have advised that they have made all DSO payments and filed all tax returns as required by 11.U.S.C. § 1325(a)(8) & (9) or the Trustee's objection has been overruled.  The Debtors are substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Dated: August 04, 2023
CNFORD--SC

Original Confirmation hearing set for:
June 22, 2023

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### ORDER

It is **ORDERED** that the plan is confirmed; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C. § 1304(b), the Debtors are hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval.  **The automatic stay under 11 U.S.C. § 362 and 11 U.S.C. § 1301 is terminated as to any collateral listed in 3.9(B) of the plan.**  Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. § 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. § 726(a)(3).

**DATED: August 7, 2023**
**St. Louis, Missouri**

**BONNIE L. CLAIR**
**Chief U.S. Bankruptcy Judge**

| 23-41539 | CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN | Page 2 of 2 |

Copy mailed to:

PHILLIP W COLBERT
ASHLIE M COLBERT
9380 GOLDEN GATE RD
SAINT LOUIS, MO  63144

Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

All Creditors and Parties in Interest

WILLIAM H RIDINGS JR
2510 S BRENTWOOD BLVD STE 205
C/O RIDINGS LAW FIRM
ST LOUIS, MO  63144

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 23-41539-blc
Phillip W Colbert  Chapter 13
Ashlie M Colbert
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0865-4    User: admin    Page 1 of 3
Date Rcvd: Aug 07, 2023    Form ID: pdfo3    Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Phillip W Colbert, Ashlie M Colbert, 9380 Golden Gate Rd, Saint Louis, MO 63144-2126 |
| cr | + | Electro Savings Credit Union, c/o Riezman Berger, P.C., 7700 Bonhomme Avenue, 7th Floor, St. Louis, MO 63105-1960 |
| 25363351 | + | Vantage Credit Union, 19 Research Park Court, Saint Charles, MO 63304-5616 |
| 25363352 | + | Vantage Credit Union, Attn: Bankruptcy Dept, 19 Reseach Park Ct, St Charles, MO 63304-5616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25396668 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 07 2023 22:37:20 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 25380945 | | Email/PDF: bncnotices@becket-lee.com | Aug 07 2023 22:37:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 25363319 | + | Email/PDF: bncnotices@becket-lee.com | Aug 07 2023 22:37:24 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 25363322 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2023 22:37:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25381942 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2023 22:37:10 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 25363325 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 22:37:38 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 25388442 | | Email/Text: bnc-quantum@quantum3group.com | Aug 07 2023 22:30:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 25392355 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 22:37:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 25363326 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 22:37:38 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 25363327 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2023 22:30:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25363328 | + | Email/Text: bankruptcy@commercebank.com | Aug 07 2023 22:30:00 | Commerce Bank, PO Box 801042, Kansas City, MO 64180-1042 |
| 25363338 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 22:37:23 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 25365796 | | Email/Text: mrdiscen@discover.com | Aug 07 2023 22:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 25363329 | + | Email/Text: mrdiscen@discover.com | Aug 07 2023 22:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 25363333 | | Email/Text: bankruptcy@escu.org | Aug 07 2023 22:30:00 | Electro Savings Credit Union, PO Box 28505, Saint Louis, MO 63146 |
| 25363331 | + | Email/Text: bankruptcy@escu.org | Aug 07 2023 22:30:00 | Electro Sav Cu/truhome, 1805 Craigshire Rd, Saint Louis, MO 63146-4005 |
| 25363332 | + | Email/Text: bankruptcy@escu.org | Aug 07 2023 22:30:00 | Electro Savings Credit Union, Attn: Bankruptcy, 1805 Craigshire Dr, St Louis, MO 63146-4019 |
| 25373599 | + | Email/Text: bankruptcy@escu.org | Aug 07 2023 22:30:00 | Electro Savings Credit Union, 1805 Craigshire Drive, St.Louis MO 63146-4019 |
| 25363337 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 07 2023 22:30:00 | IRS, PO Box 7346, Insolvency Unit, Philadelphia, PA 19101-7346 |
| 25363324 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 07 2023 22:37:23 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 25371298 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 07 2023 22:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 25374957 | + | Email/Text: RASEBN@raslg.com | Aug 07 2023 22:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 25384267 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2023 22:37:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25393022 | + | Email/Text: BNCnotices@dcmservices.com | Aug 07 2023 22:30:00 | MERCY HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 25363500 | + | Email/Text: ecfnotices@dor.mo.gov | Aug 07 2023 22:29:00 | Missouri Department of Revenue, PO Box 475, 301 W High St, Jefferson City MO 65101-1517 |
| 25363339 | + | Email/Text: ecfnotices@dor.mo.gov | Aug 07 2023 22:29:00 | Missouri Dept of Revenue, 301 W High St, Jefferson City, MO 65101-1517 |
| 25391443 | | Email/Text: bnc-quantum@quantum3group.com | Aug 07 2023 22:30:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 25363348 | | Email/Text: BankruptcyFiling@stlouisco.com | Aug 07 2023 22:30:00 | St Louis County Collector of Revenue, 41 South Central Ave, Saint Louis, MO 63105 |
| 25363719 | | Email/Text: BankruptcyNotice@Stericycle.com | Aug 07 2023 22:30:00 | Stericycle, Attn. Payroll Department, 2355 Waukegan Road, Bannockburn, IL 60015 |
| 25363341 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 07 2023 22:37:22 | Sallie Mae, Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 25363340 | + | Email/PDF: pa_dc_claims@navient.com | Aug 07 2023 22:37:19 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 25363350 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 22:37:19 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 25363501 | + | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | Aug 07 2023 22:29:00 | United States Attorney, 111 South 10th Street, 20th Floor, St. Louis MO 63102 |
| 25371250 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 07 2023 22:37:32 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 25363353 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 07 2023 22:37:10 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 35

Case 23-41539   Doc 33   Filed 08/09/23   Entered 08/09/23 23:24:43   Imaged
Certificate of Notice   Pg 5 of 5

| District/off: 0865-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: pdfo3 | Total Noticed: 39 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25363349 | | Syncb/walmart |
| 25363320 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 25363321 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 25363323 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25363330 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 25363334 | *+ | Electro Savings Credit Union, Attn: Bankruptcy, 1805 Craigshire Dr, St Louis, MO 63146-4019 |
| 25363335 | *+ | Electro Savings Credit Union, Attn: Bankruptcy, 1805 Craigshire Dr, St Louis, MO 63146-4019 |
| 25363336 | *+ | Electro Savings Credit Union, Attn: Bankruptcy, 1805 Craigshire Dr, St Louis, MO 63146-4019 |
| 25386006 | *P++ | STERICYCLE INC, 2355 WAUKEGAN ROAD, BANNOCKBURN IL 60015-5501, address filed with court:, Stericycle, Attn: Payroll Department, 2355 Waukegan Road, BannockBurn, IL 60015 |
| 25363342 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 25363343 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 25363344 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 25363345 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 25363346 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 25363347 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Diana S. Daugherty | standing_trustee@ch13stl.com   trust33@ch13stl.com |
| Kathryn Allene Klein | on behalf of Creditor Electro Savings Credit Union rb_bank@riezmanberger.com   rbadmin@ecf.courtdrive.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Ashlie M Colbert ridingslaw2003@yahoo.com |
| William H. Ridings, Jr. | on behalf of Debtor Phillip W Colbert ridingslaw2003@yahoo.com |

TOTAL: 5